UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONALD RAY MAGEE, JR.                      CIVIL ACTION

VERSUS                                            NUMBER: 19-13149

JAMES LEBLANC, ET AL.                      SECTION: "E"(5)

## REPORT AND RECOMMENDATION

Presently before the Court is the "Request for Removal of Case from State Court" of *pro se* Plaintiff, Donald Ray Magee, Jr., a prisoner confined at the B.B. "Sixty" Rayburn Correctional Center ("RCC") in Angie, Louisiana. (Rec. doc. 4). Plaintiff is proceeding *in forma pauperis* in this matter. (Rec. doc. 5).

By way of the instant proceeding, Plaintiff purports to be removing from the Twenty-Second Judicial District Court for the Parish of Washington a petition for damages that he previously filed there pertaining to an incident that occurred at RCC on November 6, 2013. (Rec. doc. 4). It is axiomatic, however, that "[r]emoval jurisdiction can only be conferred on a federal court by a defendant." *Petroleum Analyzer Co., L.P. v. Olstowski*, No. 08-CV-0733, 2008 WL 8464909 at *2 (S.D. Tex. May 19, 2008)(citing 28 U.S.C. §1446(a)); *McKenzie v. United States*, 678 F.2d 571, 574 (5th Cir. 1982)("[O]nly a defendant, never a plaintiff, may remove a civil actin from state to federal court"). That being the case, it will be recommended that this matter be remanded to the Twenty-Second Judicial District Court. *Pohl v. Alford*, No. 08-CV-0170, 2008 WL 4612911 (E.D. Tex. Oct. 16, 2008).

## RECOMMENDATION

For the foregoing reasons, it is recommended that the above-captioned matter be remanded to the Twenty-Second Judicial District Court for the Parish of Washington, State of Louisiana.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 14 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  *Douglass v. United States Auto. Assoc.*, 79 F.3d 1415 (5th Cir. 1996)(en banc).[1]

New Orleans, Louisiana, this  6th  day of            November          , 2019.

                              MICHAEL B. NORTH
                           UNITED STATES MAGISTRATE JUDGE

---

[1] *Douglass* referenced the previously-applicable 10-day period for the filing of objections.  Effective December 1, 2009, 28 U.S.C. §636(b)(1) was amended to extend that period to 14 days.

2