UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD RAY MAGEE, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13149** |
| **JAMES LEBLANC, ET AL.** | **SECTION: "E"(5)** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation[2] of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the above-captioned matter be remanded to the Twenty-Second Judicial District Court for the Parish of Washington, State of Louisiana.

**New Orleans, Louisiana, this 21st day of November, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 6.
[2] *Id.*